# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131546(68)(69)

HASTINGS MUTUAL INSURANCE COMPANY,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Defendant-Appellee/
      Cross-Appellant,

and

LISA FEINBLOOM and DAVID FEINBLOOM,
      Defendants.

_____

SC: 131546
COA: 265621
Oakland CC: 04-056508-CK

On order of the Chief Justice, the motion for adjournment of the oral argument to a later date is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk